**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number: **08 C 804**

SAMANTHA FORD, on behalf of herself and all others similarly situated
                    v.
SPIN MASTER, LIMITED; SPIN MASTER INCORPORATED; and DOES 1 through 10

**JUDGE ST. EVE**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SAMANTHA FORD, on behalf of herself and all others similarly situated

**J. N.**

| | |
|---|---|
| NAME (Type or print) WILLIAM J. HARTE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ William J. Harte | |
| FIRM WILLIAM J. HARTE, LTD. | |
| STREET ADDRESS 111 West Washington Street, Suite 1100 | |
| CITY/STATE/ZIP Chicago, IL 60602-2705 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1143476 | TELEPHONE NUMBER (312) 726-5015 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓        APPOINTED COUNSEL ☐