IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| SAMANTHA FORD,  on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIN MASTER, LIMITED; SPIN MASTER, INCORPORATED; and DOES 1 through 10;<br><br>Defendants. | Case No. 1:08-cv-00804<br><br>Hon. Amy J. St. Eve |

**NOTICE OF FILING OF MOTION FOR CONSOLIDATION BEFORE
THE MDL PANEL AND OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 5.12(c) and 7.5 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Defendants Spin Master, Ltd. and Spin Master, Inc. hereby file with this Court a true and correct copy of Defendants' Notice of Potential Tag-Along Action, which was filed on February 13, 2008, before the Judicial Panel on Multidistrict Litigation in MDL No. 1940, *In re: Aqua Dots Products Liability Litigation.*

Defendants also file with this Court a true and correct copy of their Motion for

Consolidation and Transfer for Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Brief in

Support, Schedule of Actions, and Certificate of Service, which were filed on January 23, 2008.

Respectfully submitted,

SPIN MASTER, LTD. and
SPIN MASTER, INC.

By: _/s/ Thomas J. Wiegand_____
   One of their Counsel

Ronald Y. Rothstein
Thomas J. Wiegand
Bryna J. Dahlin
twiegand@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone (312) 558-5947
Facsimile (312) 558-5700

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on February 19, 2008, I filed the above and foregoing with

the Court's ECF system and by doing so served a copy on all the parties.


/s/ Thomas J. Wiegand
ATTORNEY FOR SPIN MASTER, LTD. and
SPIN MASTER, INC.