MHN

FILED
2-21-2008



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FEB 2 1 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Joanna E. Clarke-Sayer

FIRM: Winston & Strawn LLP

STREET ADDRESS: 35 West Wacker Drive

CITY/STATE/ZIP: Chicago, Illinois 60601

PHONE NUMBER: (312) 58-8828

ATTORNEY REGISTRATION NO: 6289234

PRIMARY E-MAIL ADDRESS: jsayer@winston.com

☑  I am a member of the General Bar for the Northern District of Illinois.

☐  Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 CV 00804 | Ford v. Spin Master, Ltd. et al. | Hon. Amy J. St. Eve |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Joanna E. Clarke-Sayer                           02-20-2008
Attorney's Signature                                      Date