IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMANTHA FORD, on behalf of herself and all others similarly situated, | Case No. 08 C 804 |
| Plaintiff, | Hon. Amy J. St. Eve |
| v. | |
| SPIN MASTER LTD. and SPIN MASTER, INC., | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 10, 2008 at 8:30 A.M. we shall appear before the Hon. Judge Amy J. St. Eve, Room 1241, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.

Respectfully submitted,

SPIN MASTER LTD. and SPIN MASTER, INC.

By: /s/ Thomas J. Wiegand
     One of their attorneys

Ronald Y. Rothstein
Thomas J. Wiegand
twiegand@winston.com
Bryna J. Dahlin
Joann E. Clarke-Sayer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone (312) 558-5600
Facsimile (312) 558-5700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

/s/ Thomas J. Wiegand
ATTORNEY FOR SPIN MASTER, LTD.