**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

SAMANTHA FORD, on behalf of herself and
all others similarly situated,

               Plaintiff,

      vs.

SPIN MASTER, LIMITED; SPIN MASTER,
INCORPORATED; and DOES 1 through 10,

               Defendants.

_____

**Case No.: 08 CV 0804**

**The Honorable Amy J. St. Eve**
**Magistrate Judge Martin C. Ashman**

**PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS**
**PENDING TRANSFER DECISION BY THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

Plaintiff Ford does not oppose Defendants' Spin Master Ltd. and Spin Master, Inc. motion to stay all proceedings in this action until the resolution of the pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") for transfer of this case. In addition, Plaintiff would like to notify the Court that she has filed a Motion for Reassignment of *Ford v. Spin Master, Ltd., et al.* as a Related Case to earlier-filed case *Williams v. Spin Master, Ltd.,* Case No. 07-CV-6387 (N.D. Ill.), pending before the Honorable David H. Coar. For the Court's convenience Plaintiff has attached a copy of the Motion for Reassignment hereto as Exhibit A.

Respectfully submitted,

s/  William J. Harte
_____
William J. Harte
**WILLIAM J. HARTE LTD.**
111 West Washington Street
Suite 1100
Chicago, Illinois 60602
Telephone:  (312) 726-5015
Facsimile:  (312) 641-2455

*Attorney for Plaintiff Samantha Ford*

*Of Counsel:*

Mila F. Bartos
Tracy Rezvani
Karen J. Marcus
Rosalee B. Connell
**FINKELSTEIN THOMPSON LLP**
The Duval Foundry
1050 30th Street NW
Washington, D.C. 20007
Telephone:  (202) 337-8000