UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMANTHA FORD, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 CV 0804 |
| SPIN MASTER, LIMITED, SPIN MASTER INCORPORATED; and DOES 1 though 10, | ) ) ) | Hon. Amy St. Eve |
| Defendants. | ) ) | |

## NOTICE OF FILING

TO:   Thomas J. Wiegand
    Ronald Y. Rothstein
    Bryna Joyce Roth Dahlin
    Joanna E. Clark-Sayer
    WINSTON & STRAWN
    35 West Wacker Drive
    Chicago, IL 60601-9703

PLEASE TAKE NOTICE that on March 7, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION,** a copy of which is herewith served upon you.

                                    s/     William J. Harte

William J. Harte
WILLIAM J. HARTE, LTD.
111 West Washington Street, Suite 1100
Chicago, IL  60602-2705
(312) 726-5015

*Of Counsel:*

Mila F. Bartos
Tracy Rezvani
Karen J. Marcus
Rosalee B. Connell
**FINKELSTEIN THOMPSON LLP**
The Duval Foundry
1050 30th Street NW
Washington, D.C. 20007
Telephone:  (202) 337-8000

## CERTIFICATE OF SERVICE

William J. Harte, an attorney, certifies that he caused the foregoing Notice of Filing and **PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** to be served upon:

> Thomas J. Wiegand
> Ronald Y. Rothstein
> Bryna Joyce Roth Dahlin
> Joanna E. Clark-Sayer
> WINSTON & STRAWN
> 35 West Wacker Drive
> Chicago, IL 60601-9703

in accordance with the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers on March 7, 2008.

s/    William J. Harte