UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Samantha Ford
                              Plaintiff,
v.                                                      Case No.: 1:08−cv−00804
                                                        Honorable Amy J. St. Eve
Spin Master, Limited, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

    MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendants Spin Master, Limited, Spin Master, Incorporated to stay ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION [12] is granted; Status hearing held on 3/10/2008; Case stayed pending transfer decision by the Judicial Panel on Multidistrict litigation, or further order of court. Parties to notify chambers when a decision is rendered.Status hearing set for 8/27/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.