

# United States District Court
# Northern District of Illinois

In the Matter of

Samantha Ford

v.

Spin Master, Ltd

Case No. 08 C 804

Designated Magistrate Judge
Martin C. Ashman

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Amy St. Eve** to be related to **07 C 6387** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge David H. Coar

Dated: May 5, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **David H. Coar**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY - 7 2008

Finding of Relatedness (Rev. 9/99)