## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 804 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Ford vs. Spin Master Ltd | | |

**DOCKET ENTRY TEXT**

This action is consolidated for pretrial proceedings only with case # 07 C 6387 (MDL # 1940). Master docket established as 08 C 2364 - In Re Aqua Dots Products Liability Litigation. All documents shall be filed under the master docket number 08 C 2364 until further order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|