# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 804 | **DATE** | May 7, 2008 |
| **CASE TITLE** | Ford v. Spin Masters. In Re: Aqua Dots Products Liability vs. (This document relates to all actions) | | |

**DOCKET ENTRY TEXT**

The following counsel is appointed as the plaintiffs' interim co-lead counsel: Ben Barnow, Barnow and Associates, P.C; John J. Stoia, Jr., Coughlin Stoia Geller Rudman & Robbins, LLP; Frederic S. Fox, Kaplan Fox & Kilsheimer LLP; and Burton H. Finkelstein, Finkelstein Thompson LLP. ENTER ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|